IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

AARON C. DESHAW,                              )
                                             )
                Plaintiff,                   )      TC-MD 140142N
                                             )
        v.                                   )
                                             )
DEPARTMENT OF REVENUE,                       )
State of Oregon,                             )
                                             )
                Defendant.                   )      **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on July 24, 2014.

The court did not receive a request for an award of costs and disbursements (TCR-MD 19)

within 14 days after its Decision of Dismissal was entered.  The court's Final Decision of

Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on Plaintiff's Motion and Order to Withdraw Complaint

(Motion), filed July 22, 2014, by Plaintiff's representative, Clarence H. Greenwood.  In his

Motion, Plaintiff stated that "[t]he parties completed settlement discussions and executed a

Closing Agreement as of July 7, 2014, which fully and finally resolves the claims asserted in

Plaintiff's Complaint."  (Ptf's Mot at 1.)  Plaintiff further stated that Defendant "has no objection

to Plaintiff's Motion * * *."  (*Id*.)

After considering Plaintiff's Motion, the court finds the case should be dismissed.  Now,

therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of August 2014.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on August 11, 2014. The court filed and entered this document on August 11, 2014.*